UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:09CV188-FDW

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| APPROXIMATELY $13,886.00 IN UNITED STATES CURRENCY, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the government's motion under Fed. R. Civ. P. 55(b)(2) for an order striking a claim in this civil forfeiture case. Because Marvin Marco Graham, the only claimant, has not filed an answer as required by Rule G(5)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the Court will strike his claim. *United States v. All Assets Held At Bank Julius Baer & Company, Ltd. (Lazarenko)*, 664 F.Supp.2d 97, (D.D.C. 2009).

IT IS THEREFORE ORDERED that the claim filed by Marvin Marco Graham on September 21, 2009, is stricken.

Signed: May 28, 2010

Frank D. Whitney
United States District Judge